UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA O. ZENA-PEREZ,
    Plaintiff,

v.      CASE NUMBER: 98-1819 (HL)

FIDEICOMISO DE PARQUES
DE PUERTO RICO, et al.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Date Filed: 9/8/99<br>Docket # 21<br>[X] Plff  [ ] Defts  [ ] Other<br>Title: Motion Requesting Extension of Time to Inform Expert Witness | Granted. Plaintiff shall have until **October 8, 1999**, to inform plaintiff's expert witness. No further extensions will be granted. |

Date 9/13/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:     EOD:

By:

