UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA O. ZENA-PEREZ,
   Plaintiff,

v.   CASE NUMBER: 98-1819

FIDEICOMISO DE PARQUES
DE PUERTO RICO, et al.
   Defendants.

| MOTION | ORDER |
|---|---|
| Date Filed: 9/20/99   Docket #23<br>[ ] Plffs   [X] Defts   [ ] Other<br>Title: Motion for Extension of Time to Inform Expert Witness and Conclude Discovery | Granted. Defendant shall designate experts and provide Rule 26(a)(2)(b) information by **November 5, 1999**. The discovery deadline shall be extended to **November 19, 1999**.<br><br>**No further extensions shall be granted.** |

| MOTION | ORDER |
|---|---|
| Date Filed: 9/20/99   Docket #24<br>[ ] Plffs   [X] Defts   [ ] Other<br>Title: Motion to Extend Time to Answer Interrogatories and Request for Production of Documents | Granted. Defendant shall respond to plaintiff's discovery requests by **October 20, 1999**. The Court advises defendant that no further extensions shall be granted. |

Date 9/21/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:   EOD:

By: