UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA O. ZENA-PEREZ,
    Plaintiff,

v.                                         CASE NUMBER: 98-1819 (HL)

FIDEICOMISO DE PARQUES
DE PUERTO RICO, et al.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Date Filed: 10/4/99<br>Docket # 28<br>[ ] Plff  [X] Defts  [ ] Other<br>Title: Motion Requesting Extension of Time to File Dispositive Motions | **Granted.** The dispositive motions deadline shall be extended from November 7, 1999 to **November 22, 1999.**<br><br>**No further extensions shall be granted.** All other deadlines, including the pre-trial and settlement conference and trial date, remain firm. |

Date 11-05-99

HECTOR M. LAFFITTE
Chief U.S. District Judge





Rec'd:    EOD:

By:    #