UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA O. ZENA-PEREZ,
    Plaintiff,

v.                      CASE NUMBER: 98-1819 (HL)

FIDEICOMISO DE PARQUES
DE PUERTO RICO, et al.,
    Defendants.

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/23/99<br>**Docket #** 30<br>[X] **Plff**  [X] **Defts**  [ ] **Other**<br>**Title:** Joint Motion Requesting Extension of Time | The parties requested an extension of the Discovery Cut-off date to **November 22, 1999**, and an extension of the Dispositive Motions deadline until **December 22, 1999**. Since November 22 has already passed, the first request is **moot**. However, the Dispositive Motions deadline extension is **granted**, and the date shall be reset to **December 22, 1999**.<br><br>**No further extensions shall be granted. All other dates remain firm and final.** |

Date 11/30/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

