UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA O. ZENA-PEREZ,
    Plaintiff,

v.      CASE NUMBER: 98-1819 (HL)

FIDEICOMISO DE PARQUES
DE PUERTO RICO, et al.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Date Filed: 1/5/00<br>Docket # 33<br>[X] Plff [ ] Defts [ ] Other<br>Title: Motion Requesting Extension of Time | The Court hereby **grants** plaintiff's request for an extension to **January 18, 2000**, to file an opposition to defendant's motion for summary judgment.<br><br>**No further extensions shall be granted.** |

Date 1-14-00

HECTOR M. LAFFITTE
Chief U.S. District Judge