## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ROSA O. ZENA-PEREZ,
    Plaintiff,

v.                      CASE NUMBER: 98-1819 (HL)

FIDEICOMISO DE PARQUES
DE PUERTO RICO, et al.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Date Filed: 1/13/00<br>Docket # 34<br>[X] Plff  [ ] Defts  [ ] Other<br>Title: Motion Requesting Leave to File Second Amended Complaint | Granted. |

| MOTION | ORDER |
|---|---|
| Date Filed: 1/14/00<br>Docket # 36<br>[X] Plff  [ ] Defts  [ ] Other<br>Title: Motion Requesting Extension of Time | Moot. |

Date  1-21-00

HECTOR M. LAFFITTE
Chief U.S. District Judge


