UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA O. ZENA-PEREZ,
    Plaintiff,

v.                               CASE NUMBER: 98-1819 (HL)

FIDEICOMISO DE PARQUES
DE PUERTO RICO, et al.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Date Filed: 1/24/00<br>Docket # 41<br>[ ] Plff   [X] Defts   [ ] Other<br>Title: Motion Requesting Leave to File Reply | Granted. Defendant shall file a reply to plaintiff's opposition on or before **February 9, 2000**. No extensions shall be granted. |

Date /-27-0 (

HECTOR M. LAFFITTE
Chief U.S. District Judge


