UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA O. ZENA-PEREZ,
    Plaintiff,

v.     CASE NUMBER: 98-1819 (HL)

FIDEICOMISO DE PARQUES
DE PUERTO RICO, et al.,
    Defendants.

## ORDER

Due to a scheduling conflict, the Pre-trial and Settlement Conference set for 2:00 p.m. on February 16, 2000, will be moved to **2:00 p.m. on February 24, 2000.**

Date 1-31-00

HECTOR M. LAFFITTE
Chief U.S. District Judge


