UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Rosa O. Zena-Perez
   Plaintiff

v.                                                                    CASE NUMBER: 98-1819 (HL)

Fideicomiso de Parques de Puerto Rico, et al.
   Defendants.

## ORDER

On February 29, 2000, Plaintiff informed the Court that a settlement agreement had been reached. Up to this date, the settlement papers have not been filed.

The Court hereby orders the parties to file the settlement papers no later than June 28, 2000. Failure to comply with the Court's order shall result in the dismissal of this case.

Date 6/2/60

HECTOR M. LAFFITTE
Chief U.S. District Judge


