UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Rosa O. Zena Perez
   Plaintiff

v.

CASE NUMBER: 98-1819(HL)

Fideicomiso de Parques, et al.
   Defendants

| MOTION |
|---|
| Date Filed: 3.02.00    Docket # 51    [] Plffs  [] Defts    [ ] Other<br>Title: Permission to Withdraw and Notice of Appearance |
| ORDER |
| Granted.  The Clerk of the Court shall notify all pertinent matters to attorney Roberto Marquez Sanchez at: P.O. Box 9023518, San Juan, Puerto Rico 00902-3518. |

| MOTION |
|---|
| Date Filed: 2.22.00    Docket # 48    [x] Plffs  [] Defts    [ ] Other<br>Title: Extension of Time to File Pretrial Order |
| ORDER |
| Moot. |

Date 7/5/0•

HECTOR M. LAFFITTE
Chief U.S. District Judge


