UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Rosa O. Zena Perez
   Plaintiff

v.    CASE NUMBER: 98-1819 (HL)

Fideicomiso de Parques de Puerto Rico, et al.
   Defendant

## MOTION

**Date Filed:** 8.11.00     **Docket #** 57, 58     [x] Plffs  [x] Defts  [ ] Other
**Title:** Voluntary Dismissal

## ORDER

The Court approves the parties' settlement agreement and dismisses this case with prejudice.

Date 8 16 00

HECTOR M. LAFFITTE
Chief U.S. District Judge