ENTERED ON DOCKET
8/17/00 _____ PURSUANT
TO FRCP RULES 58 & 79a

RECEIVED & FILED
U.S. DISTRICT COURT
SAN JUAN, P.R.
00 AUG 17 AM 9: 33

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Rosa O. Zena Perez
  Plaintiff

       v.

**CASE NUMBER:** 98-1819 (HL)

Fideicomiso de Parques de Puerto Rico, et al.
  Defendant

| Judgment |
| --- |
| The Court having approved the parties' settlement agreement, judgment is hereby entered dismissing this case with prejudice. |

Date  8 16/00

HECTOR M. LAFFITTE
Chief U.S. District Judge